In the Matter of ARTHUR P. MONK et al., Individually and on Behalf of Other Tenants Similarly Situated of the PARK ROYAL HOTEL, Respondents, against MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondents, and PARK ROYAL, INC., Appellant.

Argued November 20, 1950; decided January 11, 1951.

*Irving S. Freedman* and *Howard L. Lilienthal* for appellant.
*Henry Uselaner, Arthur N. Field* and *Louis N. Field* for
respondents.

Order affirmed, and order absolute directed in favor of the respondents and against the appellant, with costs. No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.